OPINION — AG — ** STATE HIGHWAYS — SALT ** THE USE OF SALT TO DE ICE ROADS OR THE USE OF SODIUM CLORIDE AS A MATERIAL INGREDIENT FOR ROAD CONSTRUCTION BY THE HIGHWAY DEPARTMENT, TURNPIKE AUTHORITY, A CITY OR COUNTY DOES 'NOT' VIOLATE ANY OKLAHOMA STATUTE IF THERE IS NOT VIOLATION OF 29 O.S. 409 [29-409], 47 O.S. 177.1 [47-177.1], 47 O.S. 177.2 [47-177.2], 47 O.S. 177.3 [47-177.3] (SALT WATER, ICE, DRIVING, HIGHWAYS) CITE: OPINION NO. 67-141 (HAULING SALT WATER, TRANSPORTATION) (PENN LERBLANCE)